Alexey POPOV, Petitioner—Appellant,

v.

John MARSHALL, Respondent—Appellee.

No. 07–15464.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 3, 2010.

Alexey Popov, California Men's Colony, San Luis Obispo, CA, for Petitioner–Appellant.

Maria G. Chan, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

California state prisoner Alexey Popov appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Popov contends that he is entitled to equitable tolling of the one-year statute of limitations set forth in 28 U.S.C. § 2244(d), because the two transfers and the lock-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

downs that took place during his incarceration constitute extraordinary circumstances that made it impossible for him to timely file his federal habeas petition. We agree with the district court that Popov failed to demonstrate either that these impediments made it impossible for him to file a timely federal habeas petition, or that he diligently pursued his rights. *See Hughes v. Idaho State Bd. of Corrections,* 800 F.2d 905, 909 (9th Cir.1986); *Pace v. DiGuglielmo,* 544 U.S. 408, 418, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.